UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY JACKSON BENNETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case Number: 2:13-cv-00081-MHH-JHE |
| ) | |
| JOHN RATHMAN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**MEMORANDUM OPINION**

On August 21, 2014, the magistrate judge entered a Report and Recommendation in which the magistrate judge recommended that this court dismiss Mr. Bennett's petition for writ of habeas corpus. (Doc. 17). No objections to the report have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has concluded independently that the report and recommendation should be adopted and approved.

Accordingly, the court accepts the recommendation of the magistrate judge and adopts his findings and conclusions. By separate order, the court will dismiss Mr. Bennet's petition for writ of habeas corpus.

DONE and ENTERED this 29th day of October, 2014.

_____
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE